[Crim. No. 3143.   Second Appellate District, Division Two.—August 24, 1938.]

In the Matter of the Application of WESTY PETRAEUS et al., for a Writ of Habeas Corpus.

W. I. Gilbert and James B. Fredericks for Petitioners.

Buron Fitts, District Attorney, and A. H. Van Cott, Deputy District Attorney, for Respondent.

McCOMB, J.— At the time the above-entitled matter was called for hearing on oral argument it was made to appear to the satisfaction of the court that the questions raised in the petition for a writ of *habeas corpus* had become moot.

Therefore, the writ is discharged and the bond heretofore filed in this matter by petitioner is exonerated.

Crail, P. J., and Wood, J., concurred.